Submitted on remand from the Oregon Supreme Court May 20, affirmed
August 25, 1993

James C. MANN,
as the Personal Representative of
the Estate Of Linda Ruth Mann, Deceased,
and James C. Mann, Guardian Ad Litem
for Brian Joseph Mann,
*Appellant,*

*v.*

DEPARTMENT OF TRANSPORTATION,
an Agency of the State of Oregon,
*Respondent.*

(89-2161; CA A67598)

856 P2d 1055

Robert J. Miller, Sr., Brien F. Hildebrand and Moomaw, Miller & Reel, Beaverton, for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Kaye E. Sunderland, Assistant Attorney General, Salem, for respondent.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

## PER CURIAM

This case is before us on remand from the Supreme Court, which reversed our previous decision, 114 Or App 562, 566, 836 P2d 1353 (1992), and directed that we further consider the case in the light of *Perez v. Bay Area Hospital*, 315 Or 474, 846 P2d 405 (1993). *Mann v. Dept. of Transportation*, 315 Or 642, 847 P2d 856 (1993).

In *Perez*, the court held that the notice and limitation periods relevant to a claim that is filed by a minor against a public body, ORS 30.275, are *not* tolled pending the appointment of a guardian *ad litem* for the minor. Given that newly-announced rule, we must affirm the trial court's dismissal of plaintiff's second claim, which sought relief for personal injuries sustained by his minor child. We adhere to the remainder of our previous opinion, which affirmed the trial court's dismissal of plaintiff's wrongful death claim.

Affirmed.